# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2227
_____

MICHAEL ALAN MCCALLUM

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

March 26, 2019

PER CURIAM.

AFFIRMED.

WETHERELL, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Kathleen Pafford, Assistant Public Defender, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee.